IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:13-cv-00203-BO

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, successor to RBC Bank (USA), formerly known as RBC Centura Bank, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| WELSH REALTY, LLC, WELSH PAPER COMPANY, K. GORDON WELSH, and PEGGY B. WELSH, | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING JOINT MOTION TO STAY RULE 26(f) CONFERENCE

Based on the Joint Motion to Stay Rule 26(f) Conference, and for good cause shown, it is hereby ORDERED that the requirements of the Scheduling Order are stayed until such time as the Court rules on PNC's motion to dismiss the Defendants' Counterclaims.

This the 24 day of March, 2014.

*Terrence W. Boyle*